AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   2:10-mj-798-LRL |
| Robert Todd Calvert, | ) | |
|  | ) | Charging District:   District of Oregon at Portland |
| *Defendant* | ) | Charging District's Case No.   10-cr-363-JO |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court - District of Oregon<br>1000 Southwest Third Avenue, Portland, Oregon<br>Before Judge Donald C. Ashmanskas | Courtroom No.: |
|---|---|---|
| | | Date and Time:   Friday, 10/22/10, 1:30 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Oct 25, 2010

*Judge's signature*

LAWRENCE R. LEAVITT, U.S. MAGISTRATE JUDGE
*Printed name and title*